[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13426
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cr-00019-MSS-TBM-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLAVIO EDISBERTO QUINONES VALENCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 21, 2018)

Before TJOFLAT, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Flavio Edisberto Quinones Valencia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Valencia's conviction and sentence are **AFFIRMED**.  Additionally, counsel's motion to file the *Anders* brief out of time is **GRANTED**.